# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREEN PARTY OF CONNECTICUT, et al.<br>    Plaintiffs,<br><br>v.<br><br>JEFFREY GARFIELD, in his official capacity as Executive Director and General Counsel of the State Elections Enforcement Commission, et. al.,<br>    Defendants. | CIVIL ACTION NO.<br>3:06cv1030 (SRU) |

## **ORDER**

Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Albert P. Lenge, the current Executive Director and General Counsel of the State Elections Enforcement Commission, is hereby substituted for Jeffrey Garfield. The clerk shall amend the official caption of the case to reflect the substitution.

It is so ordered.

Dated at Bridgeport, Connecticut, this 22d day of July 2010.

                                                /s/
                                            Stefan R. Underhill
                                            United States District Judge