UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREEN PARTY of Connecticut, | : | |
|     S. Michael DEROSA, | : | |
|     The LIBERTARIAN PARTY | : | |
|     of Connecticut, | : | |
|     Elizabeth GALLO, | : | |
|     Joanne P. PHILIPS, | : | |
|     Ann C. ROBINSON, | : | |
|     Roger C. VANN | : | |
| | : | |
|         Plaintiffs, | : | |
| | : | |
| v. | : | Civil No. 3:06-01030 (SRU) |
| | : | |
| Jeffrey GARFIELD | : | |
|     in his official capacity as | : | |
|     Executive Director and General | : | |
|     Counsel of the State | : | |
|     Election Enforcement Commission, | : | |
|     Richard BLUMENTHAL, in his | : | |
|     official capacity as Attorney General | : | |
|     of the State of Connecticut | : | |
| | : | |
|         Defendants. | : | July 25, 2010 |

**NOTICE OF APPEARANCE**

Please enter my appearance in the above-entitled case as an attorney for the following proposed intervenors-defendants: Dannel Malloy and Dan Malloy for Governor.

DANNEL MALLOY and DAN MALLOY
FOR GOVERNOR


By_____/s_____
   Nuala E. Droney (ct27192)
   Robinson & Cole LLP
   280 Trumbull Street
   Hartford, CT 06103-3597
   Tel. No.: (860) 275-8200
   Fax No.: (860) 275-8299
   E-mail: ndroney@rc.com

## CERTIFICATE OF SERVICE

  I hereby certify that on July 25, 2010 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

        BY_____/s/_____
           Nuala E. Droney, Esq.