# Law Offices of R. Bartley Halloran

R. BARTLEY HALLORAN
DIRECT DIAL
(860) 676-3222
E-MAIL ADDRESS:
rhalloran@ldlaw.com

74 BATTERSON PARK ROAD
FARMINGTON, CT 06032
MAILING ADDRESS:
P.O. BOX 887
FARMINGTON, CT 06034-0887

August 3, 2010

**By Facsimile (203) 579-5704 and Mail**
Hon. Stefan R. Underhill
United States District Court
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, CT 06604

Re: *Association of Connecticut Lobbyists LLC, et al v. Jeffrey Garfield, et al*
No.: 3:06-CV-1030

Dear Judge Underhill:

On behalf of Barry Williams and the Connecticut Lobbyist Association, I respectfully disagree with the suggestion that no injunction need be issued at this time. Lobbyists and their family members have been prevented for years from contributing to, soliciting for, or even attending events for candidates they support. The Court has clearly ruled that the restrictions imposed on this group are unconstitutional.

I would suggest that the balance of equities favor immediate imposition of an injunction. Connecticut is less than one week away from critical primary elections. Many lobbyists wish to actively participate in elective activities in this last week, and their knowledge, skill and enthusiasm can be critical. Lobbyists are particularly vulnerable to charges of illegal conduct, having an unconstitutional cloud over their participation is simply not appropriate.

On behalf of the aforementioned plaintiffs I request entry of an immediate injunction.

Sincerely,

R. Bartley Halloran

cc:  Attorney Benjamin Sahl (bsahl@aclu.org)
     David J. McGuire (dmcguire@acluct.org)
     Mark J. Lopez (mlopez@lcnlaw.com)
     J. Gerald Hebert (ghebert@campaignlegalcenter.org)
     Maura Murphy-Osborne (maura.murphyosborne@ct.gov)
     Perry A. Zinn Rowthorn (perry.zinn-rowthorn@po.state.ct.us)
     Angela Migally (angela.migally@nyu.edu)
     Benjamin Holt (bfholt@hhlaw.com)
     Brian C. Lavin (bclavin@hhlaw.com)
     Craig L. Lowenthal (cllowenthal@hhlaw.com)
     David Dunn (david.dunn@hoganlovells.com)
     Donald J. Simon (dsimon@sonosky.com)
     Fred Wertheimer (fwertheimer@democracy21.org)
     Ira M. Feinberg (imfeinberg@hhlaw.com)
     Lawrence V. Brocchini (lvbrocchini@hhlaw.com)
     Monica Y. Youn (monica.youn@nyu.edu)
     Paul S. Ryan (pryan@campaignlegalcenter.org)
     Stephen V. Manning (svm@otylaw.com)
     James Wade (jwade@rc.com)
     Nuala E. Droney (ndroney@rc.com)
     Justin Reilly Clark (jclark@pepehazard.com)
     Peter J. Martin (pmartin@haslaw.com)
     Richard Brown (rbrown@bpslawyers.com)
     Thomas J. Murphy (tmurphy@cemlaw.com)
     Brenda Wright (bwright@demos.org)