**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 13th day of July, two thousand and ten.

PRESENT:   AMALYA L. KEARSE,
           JOSÉ A. CABRANES,
           PETER W. HALL,
                  *Circuit Judges.*

GREEN PARTY OF CONNECTICUT, S. MICHAEL DEROSA, LIBERTARIAN PARTY OF CONNECTICUT, ELIZABETH GALLO, JOANNE P. PHILLIPS, ROGER C. VANN, BARRY WILLIAMS, ANN C. ROBINSON,

    *Plaintiffs-Appellees,*

AMERICAN CIVIL LIBERTIES UNION OF CONNECTICUT, ASSOCIATION OF CONNECTICUT LOBBYISTS,

    *Plaintiffs,*

- v. -

**JUDGMENT**
Docket No. 09-3760-ag (L)
         09-3941-cv (con)

JEFFREY GARFIELD, in his official capacity as Executive Director and General Counsel of the State Elections Enforcement Commission, RICHARD BLUMENTHAL, in his official capacity as Attorney General,

    *Defendants-Appellants,*

PATRICIA HENDEL, ROBERT N. WORGAFTIK, JACLYN BERNSTEIN, REBECCA M. DOTY, ENID JOHNS ORESMAN, DENNIS RILEY, MICHAEL RION, SCOTT A. STORMS, and SISTER SALLY J. TOLLES, each in his or her official capacity as a Member or Official of the State Ethics, BENJAMIN BYCEL, in his official capacity as Executive Director of the Office of State Ethics,

    *Defendants,*

AUDREY BLONDIN, COMMON CAUSE OF CONNECTICUT, CONNECTICUT CITIZEN ACTION GROUP, KIM HYNES, TOM SEVIGNY,

    *Intervenors-Defendants-Appellants.*

MANDATE ISSUED ON 08/04/2010

The appeal in the above-captioned case from the United States District Court for the District of Connecticut was argued on the District Court record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the September 2, 2009 judgment of the District Court on Counts One, Two and Three of this action is AFFIRMED in part REVERSED in part, and the cause is REMANDED to the District Court with instructions for further proceedings in accordance of the opinion of this court.

FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk

Joy Fallek, Administrative Attorney

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit