**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 13th day of July, two thousand and ten.

PRESENT: AMALYA L. KEARSE,
JOSÉ A. CABRANES,
PETER W. HALL,
*Circuit Judges*.



Green Party of Connecticut, S. Michael Derosa, Libertarian Party of Connecticut, Elizabeth Gallo, Joanne P. Philips, Ann C. Robinson, Roger C. Vann, Association of CT Lobbyists, and Barry Williams,

    Plaintiff-Appellants,
- v. -

Jeffrey Garfield, Richard Blumenthal, Patricia Hendel, Robert N. Worgaftik, Jaclyn Bernstein, Rebecca M. Doty, Enid Johns Oresman, Dennis Riley, Michael Rion, Scott A. Storms, Sister Sally J. Tolles, and Benjamin Bycel,

    Defendant-Appellees,

Audrey Blondin, Tom Sevigny, Common Cause of CT, and Connecticut Citizens Action Group,

    Intervenor-Defendant-Appellees.

**JUDGMENT**
Docket No. 09-0599-cv (L)
09-0609-cv (con)

The appeals in the above-captioned case from the United States District Court for the District of Connecticut was argued on the District Court record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the District Court's is AFFIRMED in part and VACATED in part, and the case is REMANDED to the district court for further proceedings in accordance with the opinion of this court.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk

*Catherine O'Hagan Wolfe*

Joy Fallek, Administrative Attorney

**MANDATE ISSUED ON 08/05/2010**