**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**ROBIN D. TABORA**
CLERK

TEL. NO.

**DINAH MILTON KINNEY**
CHIEF DEPUTY CLERK

**MARY LARSEN**
DIVISION MANAGER
BRIDGEPORT

August 11, 2010

## NOTICE TO COUNSEL

Re:   3:06cv1030 (SRU)   Green Party of CT, et al v Lenge, et al

I enclose a copy of the Request to Certify Question of Law in the above captioned case.  The Supreme Court of the State of Connecticut requires us to submit eight copies of the relevant pleadings and briefs with the certification request.  In that regard, we ask counsel to confer and to provide us with eight copies of those pleadings and briefs that you deem necessary for the Supreme Court to consider this certification request immediately.

ROBIN D. TABORA
Clerk, U.S. District Court

/s/ Barbara Sbalbi

By: Barbara Sbalbi
     Deputy Clerk

cc: Counsel of Record

rev. 2/8/2006